Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

AUG 31 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. LUCCHESI, <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE B. BARNHART, Commissioner of Social Security, <br><br> Defendant. | Case No.: SACV 04-318-SVW (RNB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act, the Defendant's Opposition to Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act, Plaintiff's Reply to Defendant's Opposition to EAJA Request and the Report and Recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\

IT IS ORDERED that: (1) plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act is granted in part; and (2) the Commissioner pay plaintiff the sum of **$5,517.37** (compensating 35.1 hours at the requested hourly rate of $157.19).

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order herein by United States mail on counsel for the parties of record.

DATED: 8/25/05

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE